# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Burneal Carney | ) | Case No. |
| | ) | 23-mj-24 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 31, 2023  in the parish of  Orleans  in the  Eastern  District of  Louisiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of Drug Trafficking |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

/s/ Chad D. Cockerham
*Complainant's signature*

Chad D. Cockerham, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  3/17/23

*Judge's signature*

City and state:  New Orleans, Louisiana     Hon. Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MAGISTRATE NO. 23-24 |
| v. | * | SECTION: DUTY MAGISTRATE |
| BURNEAL CARNEY | * | |

\* \* \*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chad D. Cockerham, Sr., a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), being duly sworn, do hereby depose and state that the following information is true to the best of my knowledge and belief:

### INTRODUCTION AND AGENT BACKGROUND

1. I am an officer of the New Orleans Police Department ("NOPD") since January 2009, assigned to the FBI New Orleans Violent Crime Task Force (NOVCTF) as a TFO since November 2018. This task force includes federal and state officers tasked with the responsibility of investigating fugitive matters, bank robberies, extortions, narcotic violations, firearm violations, and crimes of violence in the New Orleans metropolitan area. I have participated in numerous investigations involving narcotics, firearm violations, and violent crimes, and am thoroughly familiar with the investigative techniques used in these investigations.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents of the NOVCTF and the NOPD. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

1

3.      Based on the facts set forth in this affidavit, there is probable cause to believe that **BURNEAL CARNEY** ("**CARNEY**") possessed a firearm in furtherance of drug trafficking in violation of Title 18, United States Code, Section 924(c).

### **PROBABLE CAUSE**

4.      On Tuesday, January 31, 2023, at approximately 4:58 p.m., I was monitoring the area of the 1500 block of South Liberty Street in the Sixth Police District of New Orleans, Louisiana. This location was targeted for surveillance due to the numerous complaints about illegal narcotics sales as well as increased gun violence in the Sixth Police District this year.

5.      I observed a male clad in a tan sweatshirt with designs on the front and back, gray joggers, and white tennis shoes, later identified as **CARNEY**, remove an unknown object from the driver's side of a blue Nissan Altima. I further observed **CARNEY** converse with an unknown male on a bicycle, who glared into **CARNEY**'s hands, where the unknown object was located. I observed **CARNEY** conduct an exchange of objects in his hand to the hands of the unknown male and then turn back towards the driver's door of the Nissan Altima. I was then able to clearly identify the unknown object in **CARNEY**'s hands as a clear plastic bag containing vegetable matter consistent with marijuana.

6.      I observed **CARNEY** place the marijuana back into the driver's door of the Nissan Altima. **CARNEY** closed the driver's door to the vehicle and remained standing beside the vehicle. **CARNEY** opened the driver's door to the Nissan Altima, reached into his front waistband, and removed a firearm from the interior of his clothing. **CARNEY** then placed the weapon inside of the Nissan Altima and continued to loiter outside of the vehicle.

7.      Based on reasonable suspicion that **CARNEY** was carrying a concealed weapon in a high crime area, I began to broadcast my observations of **CARNEY** via radio to the New Orleans

Police Department Special Operations Division for marked police vehicles to conduct an investigatory stop. **CARNEY** then entered the driver's seat of the Nissan Altima, accompanied by another unknown male, who entered the passenger seat of the vehicle. **CARNEY** drove the vehicle away from the location. Mobile surveillance units followed **CARNEY** to Valero Gas Station located at 2013 South Claiborne Avenue, New Orleans, Louisiana.

8.  I continued surveillance of **CARNEY** at this time and provided his updated location to the responding NOPD Officers. I observed **CARNEY** and the unknown passenger exit the vehicle and begin to loiter in the immediate area. **CARNEY** then re-entered the driver's seat of the Nissan Altima. Shortly after, NOPD Officers arrived on the scene and detained **CARNEY**. The officers advised **CARNEY** of his Miranda Rights and placed him in the rear of a fully marked police vehicle.

9.  A firearm and narcotics were in plain view in the interior of the Nissan Altima. I prepared a search warrant, which was signed by Orleans Parish Magistrate Commissioner Joyce Sallah, for the Nissan Altima to remove the firearm and the narcotics. Officers conducted a systematic search of the Nissan Altima and discovered plastic baggies which contained marijuana, crack cocaine, and heroin on the driver's side of the vehicle. Officers also located a jar containing vegetable matter and two digital scales, one of which had white residue. Officers additionally located a Glock model 17, 9mm handgun bearing serial number BWAA160. The firearm was loaded with a high-capacity magazine. Additional ammunition was also located inside the vehicle.

10. Based on my experience investigating narcotics cases, the packaging and weight of the narcotics are inconsistent with personal use. Further, the presence of multiple drugs and scales

indicates an intent to distribute. The presence of the firearm in combination with the drugs supports that **CARNEY** possessed the gun in furtherance of his drug trafficking activity.



11. **CARNEY** has two prior felony convictions. On December 3, 2012, he pled guilty in Louisiana's 24th Judicial District Court, Case No. 12-4687, to theft over $500 in violation of LA. R.S. 14:67. On June 18, 2015, he pled guilty in Louisiana's 24th Judicial District Court, Case No. 15-1066, to being a convicted felon with a firearm in violation of LA. R.S. 14:27:95, and for unlawful possession of tramadol in violation of LA. R.S. 40:1238.1.

12. Glock does not manufacture firearms in Louisiana. Therefore, the firearm **CARNEY** possessed necessarily traveled in interstate commerce.

4

## CONCLUSION

13. Based on the above facts, I respectfully submit that there is probable cause to believe that **CARNEY** possessed a firearm in furtherance of drug trafficking in violation of Title 18, United States Code, Section 924(c).

I swear the information above is true and correct to the best of my knowledge.

Respectfully Submitted,

*/s/ Chad D. Cockerham, Sr.*
CHAD D. COCKERHAM, SR.
Special Agent (Badge No. 1207)
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me
this 17th day of March, 2023.
New Orleans, Louisiana

HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE COURT JUDGE